Opinion by HARALSON, J.

---

# Holbrook v. Creamer.

APPEAL from Cleburne Chancery Court.

Heard before the Hon. S. K. MCSPADDEN.

MERRILL & BRIDGES, for appellant.

AIKEN & BURTON, *contra*.

The bill in this case was filed by the appellants, who were brothers and sisters of Matthew Creamer, deceased, and the descendants of such brothers and sisters of his who died, against the appellee, David Creamer, as executor and trustee under the last will and testament of Matthew Creamer, deceased, and prayed that the property of the estate of Matthew Creamer be sold for distribution among the devisees under the will of Matthew Creamer, deceased, in accordance with the provisions thereof.

On the final submission of the cause on the pleadings and proof, the chancellor decreed that the complainants had failed to make out a case authorizing the relief prayed for, and, therefore, ordered the bill dismissed. Decree affirmed.

Opinion by BRICKELL, C. J.